

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Michael Jacob Lynn Aldridge,

Vs. No. 11-13-00021-CR

The State of Texas,

\* From the 29th District
Court of Palo Pinto County,
Trial Court No. 14301.

\* January 15, 2015

\* Memorandum Opinion by Wright, C.J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.